# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>Chawng Hnuna</u>
**Petitioner**

                                                CIVIL ACTION
V.                                               NO. <u>20cv10163-WGY</u>

<u>Thomas M. Hodgson</u>
**Respondent**

## ORDER OF DISMISSAL

**<u>YOUNG DJ</u>**,

      In accordance with the Court's ORDER entered on February 20, 2020, it is hereby ORDERED that the above-entitled petition be and hereby is DISMISSED AS MOOT.

                                                By the Court,

                                                /s/Matthew A. Paine

                                                Deputy Clerk

February 20, 2020